UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

## Hearing Information:

| | |
|---|---|
| **Debtor:** | Mary Louise Ison |
| **Case Number:** | 09-06922-AJM-13    **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, APRIL 20, 2010 01:30 PM   IP 311 |
| **Bankruptcy Judge:** | ANTHONY J. METZ |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

## Matter:

Hearing: Motion for Relief from Stay and Abandonment filed by U.S. Bank, NA and Objection filed by Debtor [40]

**R / M #:**    37 / 0

**VACATED:  Parties to file an Agreed Entry w/in 21 days to resolve the pending Motion for Relief as to U.S. Bank, NA per Foutty & Foutty 4/20/2010**

## Appearances:

NONE

## Proceedings:

VACATED: Parties to file an Agreed Entry w/in 21 days to resolve the pending Motion for Relief as to U.S. Bank, NA per Foutty & Foutty 4/20/2010

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED. THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**